## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ZACHERY ALFRED

VERSUS

ANADARKO PETROLEUM
CORPORATION AND DOLPHIN
SCAFFOLDING SERVICES, LLC

CIVIL ACTION

NO: 13-211-JWD-RLB

## **ORDER**

Before the Court are Defendant Anadarko Petroleum Corporation's (hereinafter "Anadarko") and Defendant Charles Holston, Inc. and OMNI Energy Services Corp.'s (hereinafter "OMNI") Motions for Reconsideration of Order on Motion for Summary Judgment (Docs. 59 & 60). No oppositions to these Motions have been filed.

In its November 26, 2014 Order denying Defendants' Motions for Summary Judgment, this Court held that Defendants had failed to meet their burden of proof to show that "a majority of the work called for by the contract[s] is on stationary platforms or other OCSLA situses." (Doc. 56, p. 7-8.) Following this Order, Defendants, along with Defendant Dolphin Services, LLC, filed a joint stipulation stating that if called to testify, representatives of Dolphin Services and Anadarko would testify that the majority of the work called for by the Anadarko/Dolphin Master Serviced Contract and the Anadarko/CHI Master Service Contract was performed on stationary platforms or other OCSLA situses off the coast of Louisiana. (Doc. 57.)

This stipulation satisfies Defendants' burden of proving that "a majority of the work called for by the contract is on stationary platforms or other OCSLA situses." *Grand Isle Shipyard v. Seacor Marine, LLC*, 589 F.3d 778, 787 (5th Cir. 2009).

Accordingly,

IT IS ORDERED that Defendants' Motions for Reconsideration (Docs. 59 & 60) are GRANTED.

IT IS FURTHER ORDERED that Defendants' Motions for Summary Judgement (Docs. 30 & 31) are GRANTED.

Signed in Baton Rouge, Louisiana, on <u>December 17, 2014</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**